# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN A. ROSAS PADILLA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-01763-AWI-SKO PC<br><br>ORDER DISMISSING ACTION AND DIRECTING CLERK'S OFFICE TO SEND COURTESY COPY TO YOUNG YIL JO<br><br>(Doc. 1) |

　　　　On November 1, 2013, Young Yil Jo filed a civil rights complaint, purportedly on behalf of Martin A. Rosas Padilla.[1]  Mr. Jo is not an attorney and he is precluded from filing cases on the behalf of anyone but himself.  *Johns v. County of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997); *C. E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987).

　　　　This action is HEREBY ORDERED DISMISSED.  Given the Court's inability to serve the order on Mr. Padilla, the Clerk's Office shall serve a copy of this order on Young Yil Jo, #01183-112, Etowah County Jail, 827 Forrest Ave., Gadsen, AL, 35901.

IT IS SO ORDERED.

Dated:　November 8, 2013　　　　　　　　　　　　　　　　／s／ [signature]
　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

---

[1] The complaint is not signed and it sets forth no intelligible claims for relief.  No address is provided for Mr. Padilla.